THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM E. TODD, Appellant.

*People* v. *Todd*, 96 App. Div. 636, appeal dismissed.
(Submitted January 29, 1906; decided February 6, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1904, which affirmed a judgment of

the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

The motion was made on the ground that the appellant had failed to file the required return and to prosecute the appeal.

*William Travers Jerome, District Attorney,* for motion.

No one opposed.

Motion granted.